```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 16772
   DARLENE CUBIE
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4264

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/14/2007 and was confirmed 10/31/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 08/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID            PAID
--------------------------------------------------------------------------------
CITIZENS FINANCE          SECURED VEHIC    12034.41          655.90          450.15
CITIZENS FINANCE          UNSEC W/INTER   NOT FILED             .00             .00
INTERNAL REVENUE SERVICE  PRIORITY          8463.16             .00             .00
ALLIED INTERSTATE         UNSEC W/INTER   NOT FILED             .00             .00
AMERICAN EXPRESS          UNSEC W/INTER   NOT FILED             .00             .00
CASHCALL INC              UNSEC W/INTER   NOT FILED             .00             .00
VILLAGE OF BROADVIEW      UNSEC W/INTER   NOT FILED             .00             .00
NORTH RIVERSIDE POLICE D  UNSEC W/INTER   NOT FILED             .00             .00
OAK PARK POLICE DEPT      UNSEC W/INTER   NOT FILED             .00             .00
COMCAST CABLE C           UNSEC W/INTER   NOT FILED             .00             .00
COOK COUNTY TREASURER     UNSEC W/INTER   NOT FILED             .00             .00
CREDIT SYSTEM INC         UNSEC W/INTER   NOT FILED             .00             .00
MIDLAND CREDIT MANAGEMEN  UNSEC W/INTER   NOT FILED             .00             .00
NICOR GAS                 UNSEC W/INTER   NOT FILED             .00             .00
PAY DAY LOAN STORE        UNSEC W/INTER   NOT FILED             .00             .00
TARGET NATIONAL BANK      UNSEC W/INTER      256.09             .00             .00
TRUST REC SV              UNSEC W/INTER   NOT FILED             .00             .00
ADVANCE AMERICA           UNSEC W/INTER   NOT FILED             .00             .00
FIRST AMERICAN CASH ADVA  UNSEC W/INTER   NOT FILED             .00             .00
KEY NOTE CONSULTING       UNSEC W/INTER   NOT FILED             .00             .00
ERNESTO D BORGES          UNSEC W/INTER   NOT FILED             .00             .00
ST ELIZABETH HOSPITAL     UNSEC W/INTER   NOT FILED             .00             .00
ST ELIZABETH HOSPITAL     NOTICE ONLY     NOT FILED             .00             .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER     8701.50             .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,464.00                         1,918.65
TOM VAUGHN                TRUSTEE                                              240.30
DEBTOR REFUND             REFUND                                                 .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 16772 DARLENE CUBIE
```

```
TRUSTEE                                       3,265.00

PRIORITY                                                            .00
SECURED                                                          450.15
    INTEREST                                                     655.90
UNSECURED                                                           .00
ADMINISTRATIVE                                                 1,918.65
TRUSTEE COMPENSATION                                             240.30
DEBTOR REFUND                                                       .00
                                      ---------------    ---------------
TOTALS                                       3,265.00          3,265.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/19/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE